FILED
OCT 25 AM 10: 59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant SARVER

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )   No. CR 3-05-70816 JL
                Plaintiff,             )
12                                     )   ORDER FOR PRESCRIPTION
        v.                             )   EYEGLASSES
13                                     )
   TODD BURTON SARVER,                 )
14                                     )
                Defendant.             )
15 _____)

16
   TO: UNITED STATES MARSHAL, NORTHERN DISTRICT OF CALIFORNIA;
17      WARDEN, SANTA RITA JAIL

18      GOOD CAUSE APPEARING, it is HEREBY ORDERED THAT Defendant Todd Burton

19 Sarver be provided with prescription eyeglasses as soon as possible.

20 IT IS SO ORDERED.

21

22 DATED: 10-25-05                    _____
                                      JAMES LARSON
23                                    United States Magistrate Judge

24

25

26

                                    - 1 -