KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TODD BURTON SARVER, ) <br> ) <br> Defendant. ) <br> ) | No. CR 05 0673 JSW <br><br> [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 10, 2005 TO DECEMBER 6, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a trial setting appearance before the district court on December 6, 2005 at 9:00A.M. before the Honorable Jeffrey S. White, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 10, 2005 to December 6, 2005. The parties agree, and the Court finds and holds, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 10, 2005 to December 6, 2005, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 10, 2005 to December 6, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: November 17, 2005      /s/
DANIEL BLANK, ESQ.
Attorney for Defendant

DATED: November 10, 2005      /s/
ROBERT DAVID REES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 18, 2005
HON. JEFFREY S. WHITE
United States District Judge