KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 0673 JSW |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM OCTOBER 28, 2005 TO NOVEMBER 10, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| ) | |
| v. ) | |
| ) | |
| TODD BURTON SARVER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an initial appearance before the district court on November 10, 2005 at 2:30P.M. before the Honorable Jeffrey S. White, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 28, 2005, to November 10, 2005. The parties agree, and the Court finds and holds, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 28, 2005 to November 10, 2005, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

1    3. Accordingly, and with the consent of the defendant, the Court ordered that the period
2 from October 28, 2005 to November 10, 2005 be excluded from Speedy Trial Act calculations
3 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6    IT IS SO STIPULATED:

8 DATED: November 10, 2005          _____/s_____
                                    DANIEL BLANK, ESQ.
9                                   Attorney for Defendant

11 DATED: November 10, 2005         _____/s_____
                                    ROBERT DAVID REES
12                                  Assistant United States Attorney

14   IT IS SO ORDERED.

16 DATED: November 15, 2005
                                    _____
17                                  HON.
                                    United States Magistrate Judge
                                    [Signature: Judge James Larson — IT IS SO ORDERED]

2