KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05 0673 JSW |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE OF DATE FOR THE BUREAU OF PRISONS TO PROVIDE MEDICAL RECORDS |
| v. | ) | |
| TODD BURTON SARVER, | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the date on which the Bureau of Prisons must provide all of defendant Todd Burton Sarver's medical records to his attorney Dan Blank, Esq. The parties agree, and the Court finds and holds as follows:

1. On January 19, 2006, the defendant consented on the record to the release of all of his medical records, including all psychiatric records, in the custody of the Bureau of Prisons to his attorney, Dan Blank, Esq.

2. Accordingly, the Court ordered the Bureau of Prisons to make available all of Todd Burton Sarver's medical records in their custody to Dan Blank, Assistant Federal Public Defender. The Court further ordered that such records be produced on an expedited basis, and no later than February 2, 2006.

3. The Bureau of Prisons has identified roughly 3,200 documents responsive to the Court's order. As of 5:00PM today, February 2, 2006, the Bureau of Prisons will make available to Dan Blank approximately 2,800 of those documents.

4. In light of the large volume of responsive materials and the need for Bureau of Prisons Legal Instruments Examiners to complete a review of the approximately 400 remaining materials, and for good cause shown, the Bureau of Prisons is hereby granted an extension of time to produce those additional documents. Absent good cause shown, the Bureau of Prisons shall make available the remaining responsive documents to Dan Blank no later than February 17, 2006.

IT IS SO STIPULATED:

DATED: February 2, 2006

/s/
DANIEL BLANK, ESQ.
Attorney for Defendant

DATED: February 2, 2006

/s/
ROBERT DAVID REES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 3, 2006

*Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Judge