IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD BURTON SARVER,<br><br>    Defendant.<br>_____/ | No. CR 05-00673-1 JSW<br><br>**ORDER DENYING UNOPPOSED MOTION FOR CUSTODIAL MEDICAL TREATMENT**<br>**(Docket No. 36)** |

On March 30, 2006, Defendant filed a motion for custodial medical treatment, in which he sought an order from this Court requiring FDC Dublin to provide Defendant with a medication regimen that included antipsychotic, antidepressant and antianxiety medications. The Government did not oppose this request. In response to the motion, the Court initiated inquiries with FDC Dublin regarding the allegations set forth in Defendant's motion. On April 7, 2006, the Court received a response to its inquiry and is satisfied that the issues raised in Defendant's motion are now resolved. Accordingly, Defendant's motion is DENIED.

The Court shall provide Defendant with a copy of the response. Defendant shall not be required at this time to provide a copy to the Government. However, the Court may revisit this position if warranted by future developments in this case.

**IT IS SO ORDERED.**

Dated: April 10, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE