1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   ANDREW P. CAPUTO (CASBN 203655)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7210
      Fax: (415) 436-7234
8     Email: robert.rees@usdoj.gov

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 05 0673 JSW
                                       )
14           Plaintiff,                )   **STIPULATION AND ~~PROPOSED~~**
                                       )   **ORDER REQUESTING LEAVE TO**
15       v.                            )   **FILE SUPPLEMENTAL BRIEFING**
                                       )   **ADDRESSING RECENT DECISION**
16  TODD BURTON SARVER,                )
                                       )   Hearing:   May 11, 2006
17           Defendant.                )   Time:      2:30 pm
                                       )   Court:     Honorable Jeffrey S. White
18  _____)

19      The United States has today filed a statement of recent decision notifying the Court of a

20  recent decision by the Ninth Circuit relevant to defendant's pending motion to strike 18 U.S.C.

21  §§ 17(a), 4242(a). That decision is *Jones v. City of Los Angeles*, No. 04-55324, 2006 WL

22  988301 (9th Cir. April 14, 2006). A copy of *Jones* was filed with the United States' statement of

23  recent decision.

24      Plaintiff and defendant hereby respectfully file this stipulated request for leave to file

25  simultaneous, supplemental briefs addressing *Jones*. The parties propose that such supplemental

26  //

27  //

28  //


Stipulation and ~~Proposed~~ Order for Leave to File Supplemental Briefing, CR 05 0673 JSW

briefing be filed on May 4, one week prior to the hearing on defendant's pending motion. The parties briefs shall not exceed five pages.

IT IS SO STIPULATED:

DATED: April 28, 2006        /s
DANIEL BLANK, ESQ.
Attorney for Defendant

DATED: April 27, 2006        /s
ROBERT DAVID REES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 1, 2006

HON. JEFFREY S. WHITE
United States District Judge

Stipulation and Proposed Order for Leave to File Supplemental Briefing, CR 05 0673 JSW