KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 0673 JSW |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 1, 2006 TO JUNE 8, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| ) | |
| v. ) | |
| ) | |
| TODD BURTON SARVER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the next hearing date before the district court currently set for June 1, 2006, and resetting the hearing date to June 8, 2006 at 2:30P.M. before the Honorable Jeffrey S. White, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 18, 2006 to June 8, 2006. The parties agree, and the Court finds and holds, as follows:

    1. The defendant agrees to an exclusion of time under the Speedy Trial Act. Because defense counsel is unavailable to appear before the District Court on June 1, 2006, failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel. Further, due to the complexity of the case, such time is necessary for the adequate preparation of

defense counsel.

2. Given these circumstances, the Court finds, and the parties agree with the consent of the defendant, that the ends of justice served by excluding the period from May 18, 2006 to June 8, 2006 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court vacates the hearing currently scheduled for June 1, 2006, and instead orders the parties to appear for an appearance on June 8, 2006 at 2:30P.M.. The Court further orders that the period from May 18, 2006 to June 8, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: May 23, 2006            /s/
                               DANIEL BLANK, ESQ.
                               Attorney for Defendant

DATED: May 22, 2006            /s/
                               ROBERT DAVID REES
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 23, 2006            _____
                               HON. JEFFREY S. WHITE
                               United States District Judge