KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7210
Fax: (415) 436-7234
Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TODD BURTON SARVER, ) <br> ) <br> Defendant. ) <br> ) | No. CR 05 0673 JSW <br><br> [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM JANUARY 19, 2006 TO MARCH 2, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a further hearing before the district court on March 2, 2006 at 2:30P.M. before the Honorable Jeffrey S. White, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 19, 2006 to March 2, 2006. The parties agree, and the Court finds and holds, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this complex case.

2. Given these circumstances, the Court found that the ends of justice served by

excluding the period from January 19, 2006 to March 2, 2006 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 19, 2006 to March 2, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: May 23, 2006             /s/
DANIEL BLANK, ESQ.
Attorney for Defendant

DATED: May 22, 2006             /s/
ROBERT DAVID REES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 23, 2006             /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Judge