IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD BURTON SARVER,<br><br>    Defendant.<br>_____/ | No. CR 05-00673-1 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE DEFENDANT'S MEDICATION** |

    The Court has received the Bureau of Prison's response to the Order to Show Cause dated May 16, 2006. Having considered the response, the Court HEREBY DISCHARGES the Order to Show Cause and shall take no further action on this matter.

    Because the Response to the Order to Show Cause contains information relating to the Defendant's medical condition, the Clerk is directed to remove docket entry 55 from the Docket. A hard copy of the response shall be filed under seal.

    **IT IS SO ORDERED.**

Dated: May 30, 2006

                                                   JEFFREY S. WHITE<br>                                                 UNITED STATES DISTRICT JUDGE