KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7234
   Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>TODD BURTON SARVER, )<br>)<br>   Defendant. )<br>_____ ) | No. CR 05 0673 JSW<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE OF FILING DATES RE: MOTION TO SUPPRESS EVIDENCE |

      The parties respectfully request this Court for additional time within which to file papers relating to the defendant's motion to suppress evidence filed on June 22, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the filing date for the United States opposition to the defendant's motion to suppress evidence and the defendant's reply (if any). The parties agree, and the Court finds and holds, as follows:

      1. The United States and the defendant agree to continue filing dates in this matter. The request is for good cause shown, and due to the intervening July 4th, 2006 holiday, due to the consequent difficulty in investigating and preparing supporting declarations for both federal and non-federal personnel, and due to defense counsel's unavailability the week of July 10, 2006.

1  This request will not affect the current motions hearing date of August 24, 2006, nor otherwise
2  delay these proceedings.
3      2. Given these circumstances, the Court finds, and the parties agree with the consent of
4  the defendant, good cause shown such that the United States' opposition to the defendant's
5  motion to suppress evidence will be due on July 13, 2006, and the defendant's reply, if any, will
6  be due on July 27, 2006.  The hearing date on the motion will remain August 24, 2006 at 2:30PM
7  before this Court.
8      3. Accordingly, for good cause shown and with the consent of the defendant, the Court
9  vacates the current filing schedule related to the defendant's June 22, 2006 motion to suppress
10 evidence and amends it as detailed above.

12      IT IS SO STIPULATED:

14 DATED: July 7, 2006                    /s/
                                          DANIEL BLANK, ESQ.
15                                        Attorney for Defendant

17 DATED: July 7, 2006                    /s/
                                          ROBERT DAVID REES
18                                        Assistant United States Attorney

20      IT IS SO ORDERED.

22 DATED: July 7, 2006                    /s/ Jeffrey S. White
                                          HON. JEFFREY S. WHITE
23                                        United States District Judge

2