IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD BURTON SARVER,<br><br>    Defendant.<br>_____ / | No. CR 05-00673-1 JSW<br><br>**ORDER SETTING EVIDENTIARY HEARING ON MOTION TO SUPPRESS** |

This matter is currently set for a hearing on August 24, 2006 at 2:30 p.m. on Defendant's motion to suppress fruits of custodial interrogation. Having considered the parties' pleadings, the Court finds that an evidentiary hearing, limited to the circumstances surrounding the initial encounter with Mr. Sarver, the subsequent interview, and his demeanor at those times, is warranted. The Court has carefully considered the written submissions regarding Mr. Sarver's medical history and does not require further testimony on that subject for purposes of this hearing.

Accordingly, the parties shall appear for an evidentiary hearing at 9:30 a.m. on August 30, 2006. The hearing set for August 24, 2006 is VACATED.

**IT IS SO ORDERED.**

Dated: August 18, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE